UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL IGNACIO GUERRO, ABEL GARCIA, and RIGOERTO GARCIA,<br><br>Defendants. | Case No. 4:12-CR-00020-BLW<br><br>**ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |

Trial for Rafael Ignacio, Abel Garcia, and Rigoberto Garcia is currently set for July 9, 2012. However, the trial date for their co-defendants in this matter was set for September 17, 2012 so that they could have adequate time to prepare for trial. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted."  No motion for severance has been filed in this case.  Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court will continue the trial for Rafael Ignacio, Abel Garcia, and Rigoberto Garcia to September 17, 2012, and find that the time between their current trial date and the new trial date is excludable time. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the present trial date for

**ORDER - 1**

Rafael Ignacio, Abel Garcia, and Rigoberto Garcia be VACATED, and that a new trial be set for **September 17, 2012 at 1:30 p.m.** in the U.S. Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference for Rafael Ignacio, Abel Garcia, and Rigoberto Garcia be VACATED, and that a new trial readiness conference be conducted by telephone on **September 5, 2012 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions shall be filed on or before **August 20, 2012**.

DATED:  **May 30, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 2